# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | |
|---|---|
| KEVIN L. CHRISTY, | : Case No. 2:22-cv-4220 |
| Petitioner, | : |
| vs. | : District Judge James L. Graham |
| | : Magistrate Judge Peter B. Silvain, Jr. |
| WARDEN, NOBLE CORRECTIONAL INSTITUTUION, | : |
| Respondent. | : |

# ORDER

This case is before the Court upon Petitioner's request for records. (Doc. 15). To the extent that Petitioner requests a copy of his Petition, the Court's April 11, 2024 Order to Show Cause Regarding Exhaustion, and the docket sheet in this case, Petitioner's request is **GRANTED.** Accordingly, the Clerk of Court is **DIRECTED** to send Petitioner a copy of his Petition (Doc. 5); a copy of the Court's April 11, 2024 Order to Show Cause Regarding Exhaustion (Doc. 13); and a copy of the Court's docket sheet in this case.

To the extent Petitioner is requesting pending scheduling deadlines, on April 11, 2024, the Court directed the parties to show cause <u>within thirty (30) days</u> why the instant action should not be dismissed without prejudice or stayed while Petitioner is permitted to return to the state courts to exhaust any permissible remedies for the ineffective-assistance-of-trial-counsel claims he asserts as cause to excuse a procedural default. (Doc. 13); *see Rhines v. Weber*, 544 U.S. 269 (2005); *see also Hall v. Huffman*, No. 98-3586, 2000 WL 1562821, at *3 (6th Cir. Oct. 11, 2000). As noted in the Order, should any party need additional time to comply with the Order, the party should file a motion for an extension of time.

**IT IS SO ORDERED.**

May 8, 2024                                              *s/Peter B. Silvain, Jr.*
                                                                 PETER B. SILVAIN, JR.
                                                                 United States Magistrate Judge