# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

KEVIN L. CHRISTY,  :  Case No. 2:22-cv-04220

    Petitioner,  :

- vs -  :  District Judge James L. Graham
    Magistrate Judge Michael R. Merz

WARDEN, Pickaway Correctional Institution,  :

    Respondent.  :

## ORDER ADOPTING SUBSTITUTED REPORT AND RECOMMENDATIONS

The Court has reviewed the Substituted Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 40), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections were filed, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Substituted Report and Recommendations.

Accordingly, it is hereby ORDERED that the Petition be DISMISSED with prejudice. Petitioner is DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed *in forma pauperis*.

May 9, 2025.

    /s/James L. Graham
    James L. Graham
    United States District Judge